IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-10-106 |
| | § | |
| ALEJANDRO TOVAR | § | |

## ORDER

Defendant Alejandro Tovar filed a notice of appeal and motion to appoint counsel. (Docket Entry No. 151). The motion is GRANTED. Magistrate Judge Mary Milloy will appoint new counsel for this defendant for appeal purposes.

SIGNED on December 7, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge